IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

WYNNE LEAL                                                                                                PLAINTIFF

v.                                              Civil No. 12-2136

CAROLYN W. COLVIN                                                                             DEFENDANT
Commissioner, Social Security Administration

## ORDER

The Court has received proposed findings and recommendations (Doc. 19) from United States Magistrate Judge Barry L. Bryant. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

Accordingly, the Court ORDERS that Plaintiff's Motion for Attorney Fees (Doc. 15) be DENIED due to Plaintiff not timely filing his EAJA Motion.

IT IS SO ORDERED this 4th day of December, 2013.

/s/P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE